**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ERIK COIGNARD and ELIZABETH COIGNARD, Individually and as Next Friend of KRISTIANA JOY COIGNARD** § § § § § | | **CIVIL ACTION NUMBER: 2:15-CV-01229-RSP** |
| PLAINTIFFS § | | |
| § | | |
| Vs. § | | |
| § | | |
| **CITY OF LONGVIEW, TEXAS, DON DINGLER, Individually and as CHIEF OF THE LONGVIEW POLICE DEPARTMENT, OFFICER GLENN DERR, Badge 493, Individually, OFFICER GRACE BAGLEY, Badge 473, Individually, OFFICER GENE DUFFIE, Badge 272, Individually** § § § § § § § § | | |
| § | | |
| **DEFENDANTS** § | | |

**ORDER GRANTING DEFENDANTS GLENN DERR'S, GRACE BAGLEY'S AND
GENE DUFFIE'S UNOPPOSED MOTION TO FILE FUTURE MOTION
FOR SUMMARY JUDGMENT UNDER SEAL AND TO EXCEED PAGE LIMITATION**

On this day, the Court considered Defendants Glenn Derr's, Grace Bagley's and Gene Duffie's Unopposed Motion to File Motion for Summary Judgment Under Seal and to Exceed Page Limitation. After due consideration, the Court finds the Motions are well taken. It is, therefore,

ORDERED that Defendants Glenn Derr, Grace Bagley and Gene Duffie shall file their Motion for Summary Judgment under seal. It is, further,

ORDERED that Defendants Glenn Derr, Grace Bagley and Gene Duffie are permitted to exceed the page limitation and their Motion for Summary Judgment shall not exceed 44 pages.

**SIGNED this 28th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE